THE PIONEER PAPER COMPANY, Respondent, *v.* COE S. BUCHANAN, Appellant.

(Argued April 25, 1872; decided April 30, 1872.)

*E. F. Bullard* for the appellant.

*A. Pond* for the respondent.

Agree to affirm. No opinion.
Judgment affirmed, with costs.